**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

### No. 19-7225

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

CESAR SIERRO-PINEDA, a/k/a Desiderio Ramirez Duarte, a/k/a Desiderio Pineda Duarte,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Kenneth D. Bell, District Judge. (5:11-cr-00022-KDB-1; 5:14-cv-00063-KDB)

Submitted: January 17, 2020                Decided: January 24, 2020

Before WILKINSON and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Cesar Sierro-Pineda, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cesar Sierro-Pineda appeals the district court's order construing his Fed. R. Civ. P. 60(b) motion as an unauthorized successive 28 U.S.C. § 2255 (2018) motion and dismissing it for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we deny a certificate of appealability as unnecessary and affirm. *See United States v. McRae*, 793 F.3d 392, 400 (4th Cir. 2015) ("[W]e need not issue a COA before determining whether the district court erred in dismissing [a] purported Rule 60(b) motion as an unauthorized successive habeas petition."). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*